# In the United States Court of Federal Claims

```
* * * * * * * * * * * * * * * * *
                                    *
JAMES R. MILLER and NANCY L.        *
MILLER,                             *
                                    *
             Plaintiffs,            *
                                    *    No. 15-1434T
       v.                           *    Filed: December 31, 2019
                                    *
UNITED STATES,                      *
                                    *
             Defendant.             *
                                    *
* * * * * * * * * * * * * * * * *   *
```

## O R D E R

The court is in receipt of the parties' December 31, 2019 joint stipulation of dismissal with prejudice of the above-captioned case. Pursuant to Rule 41(a)(1)(A) of the Rules of the United States Court of Federal Claims (2019), this court **ORDERS** that this case be **DISMISSED** with prejudice, with each party to bear its own costs, expenses, and attorneys' fees.

   **IT IS SO ORDERED**.

s/Marian Blank Horn
**MARIAN BLANK HORN**
        **Judge**